USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPORT-IMPORT BANK OF THE
UNITED STATES,
                 Plaintiff,

- against -

HI-FILMS S.A. de C.V., MIGUEL ANGEL
PEREDO LUNA, ADRIAN PEREDO
LUNA, and GABRIELA PEREDO LUNA,

                 Defendants.

09 Civ. 3573 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that Plaintiff Export-Import Bank of the United States shall submit a response to Defendant Peredo's September 22, 2009 letter, via fax with a simultaneous copy to opposing counsel, no later than 5:00 p.m. on October 2, 2009. It is further

       ORDERED that there shall be a telephone conference in this action on October 8, 2009 at 10:00 a.m. to discuss Plaintiff's proposed interrogatories. The parties are directed to initiate the call themselves and then call Chambers at 212-805-0224.

Dated:     New York, New York
             September 25, 2009

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge