UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
EXPORT-IMPORT BANK OF THE UNITED STATES,

        Plaintiff,

- v -

HI-FILMS S.A. de C.V., MIGUEL ANGEL PEREDO LUNA, ADRIAN PEREDO LUNA, and GABRIELA PEREDO LUNA,

        Defendants.
------------------------------------------------------------------ x

ECF Case

09 Civ. 3573 (PGG)

**DECLARATION OF LI YU IN SUPPORT OF EX-IM'S SUR-REPLY TO DEFENDANT MIGUEL ANGEL PEREDO LUNA'S <u>MOTION TO DISMISS</u>**

      I, Li Yu, pursuant to 28 U.S.C. § 1746, declares the following under the penalty of perjury:

      1.     I am an Assistant United States Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York, attorney for the plaintiff Export-Import Bank of the United States ("Ex-Im") in the above-captioned action.

      2.     I am familiar with the proceedings in this matter and make this declaration in support of Ex-Im's sur-reply in further opposition to defendant Miguel Angel Peredo Luna's motion to dismiss.

      3.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of a deposition of Miguel Angel Peredo Luna held on March 2, 2009 in *Sabic Americas, Inc. v. Grupo Cuadro, et al.*, Case No. 37-2007-00076795, currently pending in the Superior Court of the State of California, San Diego County.

4. Attached hereto as Exhibit 2 is a true and correct copy of a declaration of Miguel Angel Peredo Luna dated March 2, 2009, which was submitted in *Grupo Cuadro v. M. Holland, et al.*, Case No. 2007-14857, currently pending in the District Court for Harris County in the 234th Judicial District of the State of Texas.

Dated:   New York, New York
         December 30, 2009

>                                    By: s/ Li Yu
>                                         LI  YU
>                                         Assistant United States Attorney
>                                         Tel.: (212) 637-2734
>                                         Fax: (212) 637-2686
>                                         Email:  li.yu@usdoj.gov

# EXHIBIT 1

# EXHIBIT 1

**Condensed Transcript**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO - SOUTH COUNTY DISTRICT

SABIC AMERICAS, INC.,

    Plaintiff,

vs.

Case No.
37-2007-00076795-
CU-BC-SC

GRUPO CUADRO, S.A. DE C.V.,
MIGUEL ANGEL PEREDO LUNA, PG
FILMS, LLC, M. LUNA, LLC,
MALPEG INVESTMENTS, INC.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF
MIGUEL ANGEL PEREDO
VOLUME I

MARCH 2, 2009
1:10 p.m.

625 Broadway
Suite 900
San Diego, California

Denise T. Johnson, CSR No. 11902



ESQUIRE

Toll Free: 800.300.1214
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

---

**Page 1**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO - SOUTH COUNTY DISTRICT

SABIC AMERICAS, INC.,

    Plaintiff,

vs.                           Case No.
                              37-2007-00076795-
                              CU-BC-SC

GRUPO CUADRO, S.A. DE C.V.,
MIGUEL ANGEL PEREDO LUNA, PG
FILMS, LLC, M. LUNA, LLC,
MALPEG INVESTMENTS, INC.,
    Defendants.
--------------------------------

DEPOSITION OF
MIGUEL ANGEL PEREDO
VOLUME I

MARCH 2, 2009
1:10 p.m.

625 Broadway
Suite 900
San Diego, California

Reported by Denise T. Johnson, CSR No. 11902

---

**Page 2**

Appearances of Counsel

For Plaintiff:

  NIXON PEABODY
  BY: GREGORY P. O'HARA
  200 Page Mill Road, Suite 200
  Palo Alto, California 94306-2022
  650.320.7750
  E-mail: gohara@nixonpeabody.com

For Defendants:

  GARCIA CALDERON RUIZ
  BY: ALBERT A. ERKEL, Jr.
     MARIA MENDOZA
  625 Broadway, Suite 900
  San Diego, California 92101
  619.564.8400
  E-mail: gcrlegal.com

Also present: Bradley Arakelian, Spanish Interpreter

---

**Page 3**

INDEX TO EXAMINATION

WITNESS: MIGUEL ANGEL PEREDO, VOLUME I

EXAMINATION                                    PAGE
BY MR. O'HARA                                   6

---

**Page 4**

MIGUEL ANGEL PEREDO, VOLUME I
Sabic Americans, Inc. V. Grupo Cuadro
Monday, March 2, 2009
Denise T. Johnson, CSR No. 11902

INDEX TO EXHIBITS

| EXHIBITS | | MARKED |
|---|---|---|
| 3 | Plaintiff's Notice of Taking Deposition of Grupo Cuadro, S.A. DE C.V., with Request for Production of Documents | 21 |
| 4 | Plaintiff's Notice of Taking Deposition of Malpeg Investments, Inc., with Request for Production of Document | 26 |
| 5 | Plaintiff's Notice of Taking Deposition of PG Films LLC, with Request for Production of Documents | 33 |
| 6 | Plaintiff's Notice of Taking Deposition of M. Luna, LLC, with Request for Production of Documents | 53 |
| 7 | An order from Grupo Cuadro | 64 |
| 8 | String of e-mails | 87 |

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

### 5

| | | | |
|---|---|---|---|
| 1 | 9 | Stack of documents Bates labeled | 90 |
| 2 | | SAB000026 through SAB000039 | |
| 3 | | | |
| 4 | 10 | Stack of documents Bates labeled GC0132 | 93 |
| 5 | | through GC0122 | |
| 6 | | | |
| 7 | 11 | Purchase Order | 96 |
| 8 | | | |
| 9 | 12 | Purchase Order | 98 |
| 10 | | | |
| 11 | 13 | Bill for 256,410 | 103 |
| 12 | | | |
| 13 | 14 | Stack of documents Bates labeled GC0086 | 105 |
| 14 | | through GC0090 | |
| 15 | | | |
| 16 | 15 | Banorte Balance Sheet | 106 |

### 6

            SAN DIEGO, CALIFORNIA
        MONDAY, MARCH 2, 2009, 1:10 A.M.


            BRADLEY ARAKELIAN,
    being called as an interpreter, was first duly
    administered an oath in accordance with Code of Civil
    Procedure Section 2094, to translate English to
    Spanish and Spanish to English the testimony of the
    following witness:

            MIGUEL ANGEL PEREDO,
    having been duly administered an oath through the
    English-Spanish interpreter in accordance with Code
    of Civil Procedure Section 2094, was examined and
    testified as follows:

            EXAMINATION
    BY MR. O'HARA:
      Q. Good afternoon. Would you state your name for
    the record, please.
      A. Miguel Angel Peredo.
      Q. Mr. Peredo, my name is Greg O'Hara. I'm the
    attorney representing Sabic Americans, Inc. in this

### 7

litigation.
  Q. Have you had your deposition taken before?
  A. Yes.
  Q. In the course of giving deposition in the past, did you use an interpreter?
  A. Yes.
  Q. You understand that the oath you have just taken requires you to give complete and truthful answers to the questions that are posed to you today?
  A. Yes.
  Q. In order to proceed today, I would like you to wait until the interpreter finishes interpreting any question before you give an answer. And I will attempt to wait until you complete your answer and I get an interpretation before I ask the next question. All right?
  A. Fine.
  Q. On how many occasions have you had your deposition taken?
  A. Approximately two.
  Q. Were you a party to those actions?
  A. No.
  Q. When was the last time you gave a deposition?
  A. I don't remember.
  Q. Was it in 2009?
  A. No.

### 8

  Q. Was it in 2008?
  A. Correct.
  Q. You don't recall in what month it was?
  A. Correct.
  Q. Where was that deposition taken?
  A. In the State of Texas.
  Q. Who was your attorney, if any?
  A. Jesse Castillo.
  Q. Do you recall who the parties to the case were?
  A. Grupo Cuadro.
  Q. Any other parties to that litigation?
  A. Against M. Holland.
  Q. Were Grupo Cuadro and M. Holland the only parties to the case?
  A. That I remember, yes.
  Q. What is your date of birth?
  A. September 21, 1971.
  Q. Where do you currently live?
  A. San Diego, California.
  Q. What is your address?
  A. 2890 Gate Fifteen Place, Chula Vista, California 91914.
  Q. Are you an American citizen?
  A. No.
  Q. Are you married?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

### 9

1. A. Yes.
2. Q. What is the name of your wife?
3. A. Maria De Los Angeles Luna.
4. Q. Does she live with you at 2890 Gate Fifteen
5. Place?
6. A. Yes.
7. Q. Are you on any medication?
8. A. No.
9. Q. Any reason why you can't proceed today to give me
10. complete and truthful answers?
11. A. No.
12. Q. Do you have any education beyond high school?
13. A. Yes.
14. Q. Where?
15. A. I don't understand the question.
16. Q. Did you attend school beyond high school?
17. A. Yes.
18. Q. Where did you attend school?
19. A. Tec.
20. Q. University in Mexico City?
21. A. Correct.
22. Q. Did you obtain a degree from Tec?
23. A. Yes.
24. Q. What degree did you obtain?
25. A. Business administration.

### 10

1. Q. What year?
2. A. Around '93 or '94.
3. Q. Do you have any formal education beyond obtaining
4. your degree from Tec?
5. A. No.
6. Q. After you graduated from Tec in 1992 or 1994, did
7. you go to work?
8. A. Yes.
9. Q. Where did you go to work?
10. A. Ferrival.
11. Q. What is Ferrival?
12. A. A firm for distributing --
13.     THE INTERPRETER: The interpreter would like to
14. clarify a term.
15.     THE WITNESS: -- packing material.
16. BY MR. O'HARA:
17. Q. Was Ferrival a manufacturer of packing materials?
18. A. No, it was the -- they did not produce it. They
19. distributed it.
20. Q. What was your position with Ferrival?
21. A. Sales.
22. Q. How long did you work at Ferrival?
23. A. Approximately two years.
24. Q. Did you receive any technical training with
25. regard to the materials when you were at Ferrival?

### 11

1. A. Some.
2. Q. What type of training did you receive?
3. A. Help to be able to understand the packing
4. materials.
5. Q. What types of packing materials were there?
6. A. Shrink wrap, stretch film, and selling stretch
7. wrappers.
8. Q. How long did you work at Ferrival?
9. A. Two years.
10. Q. Did you have an ownership interest in Ferrival?
11. A. No.
12.     THE INTERPRETER: The interpreter would like to
13. clarify. The interpreter asked Mr. Peredo if he had
14. stocks. Is that the same thing?
15.     MR. O'HARA: Or any ownership interest, any
16. equity.
17.     THE WITNESS: No.
18. BY MR. O'HARA:
19. Q. When did you leave Ferrival?
20. A. '95.
21. Q. Where did you go to work then?
22. A. Pack Films.
23. Q. What was the business of Pack Films when you
24. worked there?
25. A. The same.

### 12

1. Q. Was Pack Films also a distributor?
2. A. Yes.
3. Q. Not a manufacturer?
4. A. Correct.
5. Q. What was your position were Pack Films?
6. A. Director of sales.
7. Q. Did you have an ownership interest in Pack Films?
8. A. Yes.
9. Q. When was Pack Films formed?
10. A. '95.
11. Q. Did you form Pack Films?
12. A. Yes.
13. Q. Did you have any partners?
14. A. Yes.
15. Q. How many?
16. A. One.
17. Q. Who was your partner?
18. A. My mother.
19. Q. How long did you work with Pack Films?
20. A. Three years, approximately.
21. Q. Until about 1998?
22. A. Correct, approximately.
23. Q. In 1998, was Pack Films sold?
24. A. No.
25. Q. Was Pack Films closed in 1998?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Miguel Angel Peredo, Volume I                                            March 2, 2009

### 41

1  Interpreter is confused. Grupo Cuadro and PG Films, LLC
2  owned the same --
3      MR. O'HARA: No. I'll start over again.
4  BY MR. O'HARA:
5      Q. In 2007, was Grupo Cuadro owned by the same
6  people as the people who owned PG Films, LLC?
7      A. No.
8      Q. Was your wife ever an owner of Grupo Cuadro in
9  2007?
10     A. Stockholder.
11     Q. What percentage?
12     A. 48 percent.
13     Q. In 2007?
14     A. Yes.
15     Q. Who owned the other 52 percent?
16     A. My mother.
17     Q. Did you own any stocks in 2007 of Grupo Cuadro?
18     A. No.
19     Q. Did PG Films, LLC have sales in 2006?
20     A. Yes.
21     Q. Did it manufacture stretch film in 2006?
22     A. No.
23     Q. Did PG Films, LLC in 2006 sell stretch film that
24  it bought from Grupo Cuadro?
25     A. Yes.

### 42

1      Q. Did PG Films, LLC, in 2006, purchase stretch film
2  from any company other than Grupo Cuadro?
3      A. I think so, but I don't remember.
4      Q. Do you have a recollection that there was another
5  supplier?
6      A. I don't remember.
7      Q. In 2007, did PG Films, LLC have a supplier other
8  than Grupo Cuadro?
9      A. I don't think so, but I don't remember.
10     Q. Has PG Films, LLC ever purchased stretch film
11  from any company other than Grupo Cuadro?
12     A. Can you repeat the question.
13        (Question read.)
14        THE WITNESS: In 2008?
15  BY MR. O'HARA:
16     Q. Any year, ever.
17     A. PG Films?
18     Q. PG Films, LLC.
19     A. If I understand the question, PG Films has bought
20  stretch film from other companies in whatever year?
21     Q. Yes.
22     A. I don't think so, but I don't remember.
23     Q. Does PG Films, LLC have any officers?
24     A. Yes.
25     Q. Who?

### 43

1      A. I.
2      Q. What office do you hold?
3      A. President.
4      Q. Who else?
5      A. Jim Slaten.
6      Q. What office does he hold?
7      A. VP operation.
8      Q. Anyone else?
9      A. Ricardo Schoenbrunn, CFO.
10     Q. Anybody else?
11     A. Important ones, no.
12     Q. How many employees does PG Films, LLC have today?
13     A. Approximately 44. I would have to check to make
14  sure.
15     Q. Do they all work at the same business address
16  that you provided me?
17     A. Yes.
18     Q. That's the same business address as PG Films,
19  Inc.?
20     A. Correct.
21     Q. Does PG Films, LLC have any employees that work
22  elsewhere?
23     A. Yes.
24     Q. Who?
25     A. I don't remember their names, but they're

### 44

1  salesman.
2      Q. Where do they work?
3      A. Orange County.
4      Q. And you don't recall his or her name?
5      A. Milla. That's the last name. Milla is the last
6  name.
7      Q. Any others?
8      A. No.
9      Q. Do you have any salespeople outside the State of
10  California?
11     A. No.
12     Q. Do you have any salespeople or employees in
13  Mexico?
14     A. No.
15     Q. Is your wife an employee of PG Films, LLC?
16     A. No.
17     Q. Is Vincente Dominguez an employee of PG Films,
18  LLC?
19     A. No.
20     Q. Has PG Films, LLC ever had a meeting of members?
21     A. No.
22     Q. Has PG Films, Inc. ever had a meeting of
23  shareholders?
24     A. No.
25     Q. Has PG Films, Inc. ever had a meeting of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

### 53

1  A. Tax returns.
2  Q. Anything else?
3  A. No.
4  Q. I've handed you what has been marked as
5  Exhibit 6.
6     (Exhibit 6 was marked.)
7  BY MR. O'HARA:
8  Q. Are you the corporate representative to testify
9  on behalf of M. Luna, LLC?
10 A. Yes.
11 Q. Have you of seen this document before?
12 A. No.
13 Q. Turning to Page 2 of the documents, I direct your
14 attention to Items 1 through 8. Are you the person most
15 knowledgeable on behalf of M. Luna, LLC to testify as to
16 those items?
17 A. Yes.
18 Q. Turning to Pages 5 and 6, directing your
19 attention to the items and documents listed as Items 1
20 through 13. Did you bring any documents with you today
21 responsive to those requests?
22 A. No.
23 Q. Is anybody searching for documents responsive to
24 those items?
25 A. There are no papers.

### 54

1  Q. M. Luna has no papers whatsoever?
2  A. Well, the corporation does.
3  Q. The LLC?
4  A. What are we talking about?
5  Q. Does M. Luna, LLC have any records?
6  A. Just the corporate.
7  Q. What corporate records does M. Luna, LLC have?
8  A. The papers in California when one opens a
9  company.
10 Q. Are you talking about the formation documents
11 when the LLC was formed?
12 A. Correct.
13 Q. Does it have any other records?
14 A. No.
15 Q. Does it have any operational records?
16 A. It doesn't have any operations.
17 Q. Does it have any financial records?
18 A. No, Armondo Ibarra is in charge of that. And the
19 tax returns of that company.
20 Q. Who formed M. Luna, LLC?
21 A. I don't understand the question.
22 Q. Who formed it?
23 A. Who did it or under what name or what names?
24 Q. Who requested that it be formed?
25 A. I.

### 55

1  Q. You requested Mr. Ibarra to form the LLC?
2  A. Correct.
3  Q. Why?
4  A. Just because.
5  Q. You asked Mr. Ibarra to form a company just to
6  form a company?
7  A. Yes.
8  Q. How did you pick the name?
9  A. My last name.
10 Q. What is that?
11 A. M is Miguel.
12 Q. When did you ask this to be formed?
13 A. I don't remember.
14 Q. More than five years ago?
15 A. No. I don't remember. But no, no less than
16 that.
17 Q. Does M. Luna, LLC have any assets today?
18 A. Yes.
19 Q. What?
20 A. It has a house.
21 Q. Is that the house you live in?
22 A. No.
23 Q. Have you ever lived in the house?
24 A. Yes.
25 Q. When?

### 56

1  A. When?
2  Q. When did you live in that house?
3  A. November.
4  Q. Of what year?
5  A. 2008.
6  Q. Did you move out of that house in November 2008?
7  A. Yes.
8  Q. Why?
9  A. I changed to another house.
10 Q. Did you buy another house?
11 A. No.
12 Q. What is the address at the house that is owned by
13 M. Luna, LLC?
14 A. 2780 --
15    THE WITNESS: Saddlers, S-a-d-d-l-e-r-s.
16    THE INTERPRETER: Saddlers Creek Road, Chula
17 Vista, California, 91914.
18 BY MR. O'HARA:
19 Q. How long did you live in that house at Saddlers
20 Creek?
21 A. I don't remember. More than four years.
22 Q. Was M. Luna, LLC formed before or after you
23 bought the house at Saddlers Creek?
24 A. After.
25 Q. Did you transfer title to the house from yourself



Toll Free: 800.300.1214
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

# EXHIBIT 2

P.5

NO. 2007-14857

| | | |
|---|---|---|
| GRUPO CUADRO, S.A. de C.V. | § | IN THE DISTRICT COURT OF |
| | § | |
| Vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| M. HOLLAND COMPANY, | § | |
| ANTONIO PALAZUELOS, and | § | |
| JOHN CROWLEY | § | 234TH JUDICIAL DISTRICT |

### AFFIDAVIT OF MIGUEL PEREDO
### IN SUPPORT OF HIS SPECIAL APPEARANCE

Before me personally appeared Miguel Peredo, who upon being sworn did state:

1. My name is Miguel Peredo. I am over 21 years of age and duly qualified to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have never resided in Texas. I am currently a resident of California.

3. I do not now maintain and have never maintained an office or place of business in Texas.

4. I am not required to maintain and have not maintained a registered agent for service in Texas.

5. I have no employees, servants, or agents in Texas.

6. I do not own, lease, or control any real or personal property in Texas.

7. I have never maintained a telephone listing or bank account in Texas.

8. I do not own and have never paid any real or personal property taxes in Texas.

9. I do not advertise, solicit, or conduct any business in Texas.

10. I do not provide any service in Texas.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1

411227

11. I have had no contact with Texas that could be characterized as continuous or systematic.

12. With regard to this specific case, I never met with representatives of M. Holland in Texas. We had meetings in Queretaro, Mexico, in Chicago, Illinois, and San Diego, California. I have not been in Texas for any purpose related to the facts of this case.

13. I also communicated occasionally with representatives of M. Holland by phone and by email. I was not in Texas for any of the phone conversations or email exchanges. I did not place a call to any M. Holland representative in Texas. I do not know for certain if any of the M. Holland representatives were in Texas when they called me or received an email from me, but I know that the finance people for M. Holland are located in Illinois, not Texas. Thus, I do not believe that any discussion between me and M. Holland regarding payment for resin delivered by M. Holland to Grupo Cuadro had any connection to Texas.

_____
MIGUEL PEREDO

SUBSCRIBED AND SWORN TO before me on the ___8___ day of September, 2008.

_____
Notary Public In and For
the State of California

K. MOSES
Commission # 1773267
Notary Public - California
San Diego County
My Comm. Expires Oct 14, 2011

My Commission Expires: 10-14-2011

2

411227